**FILED
CLERK**

5/1/2020 12:32 pm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

No.: 2:19-cv-05556-SJF-SIL

        Plaintiffs,

**NOTICE OF VOLUNTARY DISCONTINUANCE**

    v.

LICMM, CORP. LONG ISLAND CHILRDREN'S MUSEUM

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff(s), JAMES MURPHY, and on behalf of all other persons similarly situated, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against LICMM, CORP. LONG ISLAND CHILRDREN'S MUSEUM without prejudice and without fees and costs.

Dated: Melville, New York
       April 30, 2020

**LAW OFFICE OF DARRYN G. SOLOTOFF PLLC**

_____
Darryn G. Solotoff (DS-8117)
Attorney for Plaintiff(s)
25 Melville Park Road, Suite 108
Phone: 516.695.0052
ds@lawsolo.net

The case is closed.

SO ORDERED:

s/ Sandra J. Feuerstein
_____
United States District Court Judge

Dated: Central Islip, New York
     May 1, 2020